UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andale Gordon

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Capt Reid #7717
Capt Julius
Officer McCullum

**RECEIVED**
DEC 29 2015
**PRO SE OFFICE**

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

15 CV 10189

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.      **Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name  Andale Gordon
               ID #  9801300623
               Current Institution  Obcc
               Address  1600 Hazen st E. Elmhurst
               NY, 11370

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Capt. Reid          Shield # 7717
                  Where Currently Employed  GrVC
                  Address  09-09 Hazen st
                  E. Elmhurst NY 11370

_Rev. 05/2010_                    1

Defendant No. 2    Name CAPT JULIUS _____ Shield # UnKnown
Where Currently Employed GRVC
Address ~~1000~~ 09-09 Hazen St
E. Elmhurst NY

Defendant No. 3    Name mCCullum _____ Shield # Unknown
Where Currently Employed ~~09-09~~ GRVC
Address 09-09 Hazen St
E. Elmhurst NY 11370

Defendant No. 4    Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5    Name _____ Shield #_____
Where Currently Employed _____
Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
GRVC

B.    Where in the institution did the events giving rise to your claim(s) occur?
9A housing Area and I beleive
6B Housing Area

C.    What date and approximate time did the events giving rise to your claim(s) occur?
September 10th 2015 around 4:00
pm lock out tour

D.    Facts: I was sprayed with chemical
Agents and held hostage in an abadon
Housing along with other inmates
in my housing area by officers to
the point I passed out and defecated
on my self. It all started because
a detainee ask where he was moving
to and capt Julius the security captain
stated fuck that I'm leaving and next
a team of officers came in masked
up with unclear orders of what to
do that lead to above declartion I'm
suing for this all took place on
camera, the camera also shows
the transport to a abandon housing
area, with flex cuffs are thrown in a
cell with flex cuffs on for multiple hrs
with niggas off even Esu came and
left.

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffered mental distress from
being held in a cell housing area cell with
flex cuffs behind my back for multiple hrs
I also suffer nerve damage from the
flex cuffs being to tight to where I
hand cramp up or start shaking, I
also had to get a upgrade on mental health
meds.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  /      No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

GRVC Rikers Island

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  ✓     No ____     Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____     No ____     Do Not Know  ✓

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes  ✓     No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____     No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

with the Grievance area of GRVC

1.   Which claim(s) in this complaint did you grieve?   Every thing

2.   What was the result, if any?   no response from the facility

3.   What steps, if any, did you take to appeal that decision?   Describe all efforts to appeal to the highest level of the grievance process.   I couldn't because of constant lock ins and restricted movement.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____
_____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I did notify Lardon Ausustus also dept. Hill Which is the security dept. of the building but still no response to my grievance or any proper feed back on how to resolve the situation

**Note:**    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the courts to help me get a decent amount of money approximately 500,000 dollars for mental health damages and cost + cont. suffer from so I can try to pay for the suitable treatment I need. I also would like a inspection on the flexi cuff treatment because the abuse or power the co's use by tightening flexi cuffs to where a person has no feeling and cause graved physical damages which I'm suffering from now thats Why I need 500,000 to also cover those medical causes.

## VI.    Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____    No _✓_

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?)   _____
_____
_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

**On other claims**

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff    _____

Inmate Number    _____

Institution Address    _____

_____

_____

_____

_____

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____



Antonio Gordon II. a8681300673
1600 Ft
E. Elmhurst PI
11370

USM P9
SDNY

Pro Se (Intake)
5/28/2015 S.J. Black

Southern District Court
500 Pearl St
NY, NY 10007