UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andale Gordon

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Capt REID # 7717
officer mcCullum
capt. Julian
capt. ~~Christopher~~ Smith #1222

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE

2016 MAR -3 AM 9: 16

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes    ☐ No
(check one)

15 Civ. 10189 (RA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/16

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name Andale Gordon
ID# 9801300673
Current Institution OBCC
Address 1600 Hazen St East Elmhurst
NY 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Capt. REID 7717    Shield # 7717
Where Currently Employed GrVC
Address 09-09 Hazon St East Elmhurst
NY 11370

*Rev. 01/2010*                    1

Defendant No. 2    Name OFFicer mCCuIIum    Shield #_____
                   Where Currently Employed GrVC
                   Address 09-09 Hazen St East Elmhurst
                   NY 11370

Defendant No. 3    Name Capt. Julian    Shield #_____
                   Where Currently Employed GVVC
                   Address 09-09 Hazen St East
                   Elmhurst NY 11370

**Who did what?**

Defendant No. 4    Name Capt. Smith    Shield # 1222
                   Where Currently Employed GrVC
                   Address 09-09 Hazen St East
                   Elmhurst NY 11370

Defendant No. 5    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

GRVC

B.    Where in the institution did the events giving rise to your claim(s) occur?

9A Housing Area & 6B Housing Area

C.    What date and approximate time did the events giving rise to your claim(s) occur?

9-10-15 around 4 Pm lock out

**What happened to you?**

D.    Facts: See Attach

This complaint is being filed due to an extreme excessive use of force against me and my entire housing unit 9A in G.R.V.C by the D.O.C on 9-10-15.

On the 4:00 Pm lock out captain Julian came to pack up an inmate, that inmate asked why he was being packed up and where was he going. Captain Julian refused to answer and repeated his order to pack up, then inmate said he is going to pack up but he wants to know where he is going.

Captain Julian then stated "fuck this no more talking" and he walked out, he later returned with two probe teams in riot Gear, gas mask and sheilds. one probe team came from the top tier and the other from the bottom. I was seated in the middle of the tier in a non aggressive manner. Prior to the probe teame entering, the inmate they to told to pack up was inside his cell #24 complying with the order to pack his stuff.

One captain I belive Julian started to wave the spray containing mK-9 in an aggoceive

tier, I belive is intake captain Smith Shield # 1222 said they did not have the keys to lock us in.

He then stated for the c.o to bring the keys for us not to move, the other captain Julian is saying go to your cell and the third captain reid #7717 is screaming" back up if you move I'm a spray." Due to the conflicting orders I along with my housing unit did not know what to do, some officers screamed get down on your hands and knees and lock your fingers behind your head, other officers screamed lock in. While I was on my knees the chemical mk-9 was sprayed. I was cuffed and brought in the Hallway on my knees where officer mccullum whispered yall are going suffer for making us work. They then brought me and other Detainees to to the abadon housing I boirve 6B to where I Asked capt Julian before I step in the cell what about these cuffs he said AH now your at my mercy and I got you. He then pushed me in the cell where I passed out from hitting my head

I woke up some time later to darkness and yelling from other Detainees. ESU came in the housing area and stated oh there cuffed and walked out and turn off back the lights to where I remained in this conition for hrs soiled and cuffed. I belive capt. Ellis #843 came and saw my conition and removed me to intake still cuffed ~~with~~ in my shirt and underwear. I ~~am~~ a non sentence inmate and should not be treated such way. I wrote grievances and complaint to wardens and DEPTS nothing has been done.

**Was anyone else involved?**

**Who else saw what happened?**

III.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I suffer nerve damage in my hands
to where it hurts or goes numb from
time to time. I Also suffer Flash
Backs of the event.

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_GVVC    Facilty    at    Rikers    Island_

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__     No ____     Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____     No ____     Do Not Know __✓__

If YES, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __✓__     No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____     No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?    _Whit the Grievance People at facilty_

1.   Which claim(s) in this complaint did you grieve?   _The use of chemical agents and also being held captive in a abuseon housing area_

2.   What was the result, if any?

_none_

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.   _I was not able due to excessive lock downs. I also spoke to the warden Augustus about this._

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking Damages of 500 thousand Dollars due to the mental suffering I am going thru also for the nerve damage I suffer in my hands also to investigate the use and aggressive manner which flexi cuffs are used and re training on when to use mK-9.

_____

_____

_____

**VI.     Previous lawsuits:**

<table>
<tr><td>On<br>these<br>claims</td></tr>
</table>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No _✓_

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____3.    Docket or Index number _____

_____4.    Name of Judge assigned to your case _____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending?  Yes ____   No ____

        If NO, give the approximate date of disposition _____

   7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

        _____

<table>
<tr><td>On<br>other<br>claims</td></tr>
</table>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____   No _✓_

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____

_____3.    Docket or Index number _____

_____4.    Name of Judge assigned to your case _____

   5.    Approximate date of filing lawsuit _____

6.     Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition_____

7.     What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of FEB ____, 20 16

Signature of Plaintiff    _P6_____

Inmate Number    980 1300623

Institution Address    1600 Hazen St

East Elmhurst NY

11370

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 19 day of FEB ____, 20 16 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    P6_____

Andale Gordon #981313006235
1600 Hazen St
E. Elmhurst NY
11370

RECEIVED
SDNY PRO SE OFFICE
2016 MAR -3  AM 9: 16

USM
SDNY P3

1000778191316 C014

United States District Court
Southern District of New York
500 Pearl St
NY, NY 10007

